JOHN F. ROBBINS, Appellant, v. WILLIAM A. BOYER et al., Individually and Doing Business as BOYER & LYONS, Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 854.]

FRANK HUTTER, Appellant, v. ROCHESTER TRUCK RENTAL INC., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 853.]

LOIS G. McCLELLAN, as Administratrix of the Estate of FRED C. McCLELLAN, SR., Deceased, Respondent, v. CITY OF BUFFALO et al., Appellants, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted and question for review certified; motion for a stay denied as academic. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 855.]

WALTER LINGNAU, as Administrator of the Estate of JENNIE LINGNAU, Deceased, Respondent, v. L. M. S. TOOL DIE & ENGRAVING, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 283 App. Div. 995.]

In the Matter of the Accounting of WATERTOWN NATIONAL BANK, as Sole Surviving Trustee under the Will of WILLIAM J. KELLOW, Deceased, Respondent. ANNIE J. DUNN et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 283 App. Div. 1000.]

DOROTHY M. KNIGHT, Appellant, v. VILLAGE OF FAIRPORT, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 283 App. Div. 997.]

GEORGE W. KNIGHT, Appellant, v. VILLAGE OF FAIRPORT, Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 283 App. Div. 997.]